IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DOMONIQUE SMITH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D13-5205

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed September 23, 2014.

An appeal from an order of the Leon County Circuit Court.
Kevin J. Carroll, Judge.

Domonique Smith, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Daniel A. Johnson, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

On our own motion, we treat the petition for certiorari as a notice of appeal, and reverse and remand for further proceedings in accordance with Waters v. Department of Corrections, 39 Fla. L. Weekly D1623b (Fla. 1st DCA Aug. 1, 2014). We also deny appellant's request for costs without prejudice to the filing of a proper motion with the lower tribunal. See Fla. R. App. P. 9.400(a).

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.